UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HEIZELMAN et al.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRESIDENT BIDEN, et al.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-01140-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND DISMISSING ACTION WITH PREJUDICE PURSUANT TO 28 U.S.C.A § 1915(e)(2)(B)(i), (ii)<br><br>Docs. 2, 8, 9, 10 |

Plaintiff Robert Heizelman is a state prisoner proceeding pro se on his complaint filed pursuant to 42 U.S.C. § 1983. Doc. 1. Plaintiff filed an application to proceed in forma pauperis. Doc. 2. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 18, 2024, the assigned magistrate judge issued findings and recommendations ("F&R"), recommending denial of plaintiff's application to proceed in forma pauperis because plaintiff had at least three strikes.[1] Doc. 8. The magistrate judge additionally recommended dismissal of plaintiff's case as frivolous and lacking an arguable basis in law or fact. *Id.* at 6–7.

---

[1] A dismissal of a prior case counts as a strike when the dismissal of the action was for frivolity, maliciousness, or for failure to state a claim, or an appeal was dismissed for the same reasons. *Lomax v. Ortiz-Marquez*, 140 S. Ct. 1721, 1723 (2020) (citing 28 U.S.C.A § 1915(g)).

The findings and recommendations were served on plaintiff and provided that any objections were to be filed within fourteen (14) days of service. *Id.* at 7–8. Plaintiff timely filed objections.[2] Doc. 9. Subsequently, plaintiff filed a motion to appoint counsel. Doc. 10.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Plaintiff's nineteen-page, handwritten objections do not meaningfully address the reasoning in the magistrate judge's findings and recommendations. *See generally* Doc. 9. Plaintiff does not refute the magistrate judge's finding that he has three cases constituting strikes under the PLRA and merely insists that his implausible claims regarding President Biden are true. *Id.* at 6. Plaintiff's claims lack any basis in law or fact and are also duplicative of a previously dismissed case in the Southern District of California (*Heizelman v. Biden*, Case No. 3:23-cv-01185-JES-AHG (S.D. Cal.)). This action is therefore dismissed with prejudice. Plaintiff's request for counsel is denied as moot.

Accordingly:

1. The Findings and Recommendations, filed on October 18, 2024, Doc. 8, are ADOPTED IN FULL;
2. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is DENIED;
3. This action is DISMISSED with prejudice;
4. Plaintiff's motion to appoint counsel (Doc. 10) is DENIED as moot; and
5. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    March 3, 2025

UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff signed his objections on October 24, 2024. Doc. 9 at 19.

2